UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

BRENT MOHLMAN,

        Plaintiff,        Civil Action No. 15-11085
                                    Honorable Gerald E. Rosen
v.                                    Magistrate Judge Elizabeth A. Stafford

DEUTSCHE BANK NATIONAL
TRUST COMPANY, Trustee for
LONG BEACH MORTGAGE
LOAN TRUST 2006-1,

        Defendant.
_____/

**ORDER STRIKING PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION TO DISMISS [R. 10]**

On March 31, 2015, Defendant filed a motion to dismiss. [R. 3]. Plaintiff Brent Mohlman responded on May 29, 2015. [R. 10]. The Honorable Gerald E. Rosen referred the motion to dismiss to this Court for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [R. 11].

Pursuant to Eastern District of Michigan Local Rule 5.1, all pleadings must be "double-spaced, except for quoted material and footnotes. Margins must be at least one inch on the top, sides, and bottom. Each page must be numbered consecutively." E.D. Mich. LR 5.1(a)(2). Further, Local Rule 5.1(a)(3) requires that the type size of all text be no smaller than "14 point" font. E.D. Mich. LR 5.1(a)(3).

Mohlman's response to Defendant's motion to dismiss fails to comply with the above requirements. The font size is noticeably too small; there are no page numbers; and it appears that it is less than double-spaced.

The Comment to E.D. Mich. LR 5.1 warns that "[a]ttempts to circumvent the LR in any way may be considered an abusive practice which may result in papers being stricken as well as sanctions being imposed under LR 11.1." Although Mohlman was not necessarily attempting to circumvent the local rules, the multiple deficiencies in his response show that, at a minimum, he neglected to review the rules before filing his pleading.

Mohlman's response to Defendant's motion to dismiss [R. 10] is **STRICKEN**. He must refile a response that complies with the Local Rules by **June 5, 2015**. Defendant's reply is due **June 22, 2015**.

Furthermore, the Court directs Mohlman to review this Court's practice guidelines. After filing his response, he must deliver a courtesy copy to this Court's chambers; exhibits to the courtesy copy must be separated by tabs and relevant portions of exhibits must be highlighted.

**IT IS ORDERED**.

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: May 29, 2015

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2015.

                                          s/Marlena Williams
                                          MARLENA WILLIAMS
                                          Case Manager